IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:12-CR-230-1-TWT |
| ANDREW SCOTT WALLACE, | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 71] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Suppress [Doc. 38 & 53]. As the Defendant arrived at Hartsfield-Jackson Airport on a flight from Costa Rica, his luggage was searched by a Customs and Border Protection Officer. The luggage contained cocaine. His tablet computer and cell phone were also searched. As set forth in the thorough and well-reasoned Report and Recommendation, the search of the Defendant's luggage and tablet computer were valid border searches. To the extent that any additional search of the computer takes place, that will be an "extended border search" supported by reasonable suspicion. The Defendant's argument that the Magistrate Judge's Report and Recommendation must be reconsidered in light of the

Ninth Circuit's decision in <u>United States v. Cotterman</u>, 709 F.3d 952 (9th Cir. 2013) is not well taken. Even if that case was binding precedent – which it is not – this case does not involve the sort of comprehensive and intrusive forensic search of a computer that took place in that case. In any event, there is certainly reasonable suspicion here even if such a search takes place now. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 38 & 53] is GRANTED in part and DENIED in part.

SO ORDERED, this 19 day of April, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge